# EXHIBIT 13

Mary D. Cascino
Mark T. Chavin
Benjamin N. Feder, Ltd.
David Feldman
Jay Glaubinger, Ltd.
Brad S. Grayson
Gary P. Hollander
Joyce A. Levy, Ltd.
Arnold B. Malk, Ltd.
Matthew S. Phillips
Benton C. Strauss, Ltd.
Michael S. Strauss, Ltd.
Samantha E. Weissbluth

# STRAUSS & MALK LLP
Attorneys at Law

135 Revere Drive
Northbrook, Illinois 60062
(847) 562-1400
FAX (847) 562-1422
www.straussmalk.com

Limited Liability Partnership
Including Professional Corporations

297 E. Illinois Rd.
Lake Forest, Illinois 60045
(847) 770-6968
(by appointment only)

123 N. Wacker Dr., Suite 250
Chicago, Illinois 60606
(312) 441-0900
(by appointment only)

Robert O. Rosenman
William C. Weinsheimer
Of Counsel

bfeder@straussmalk.com

April 25, 2018

**BY U.S. MAIL & EMAIL -- kberg@ulmer.com**

Kenneth F. Berg
Ulmer & Berne LLP
500 W. Madison St., Suite 3600
Chicago, IL 60661

Re: Chase Bank Account Issues (Black et al.)

Dear Ken:

We received a copy of your April 16, 2018 letter, advising that the attached FINRA Order is not binding upon Chase Bank because Chase Bank was not a party to the proceeding or a member of FINRA. Nonetheless, you cite particular sections of the Chase Bank Deposit Account Agreement in advising our client, Bernard Black, of the many reasons why Chase Bank would decline or prevent transactions from a Chase Bank account (*e.g.*, the account is involved in legal proceedings or because doing so is necessary to avoid a loss or reduce risk to the bank).

In light of the foregoing, we are putting Chase Bank on notice with respect to the current Chase Bank account in the name of the Supplemental Needs Trust for the Benefit of Joanne Black ("SNT"). We understand that there is approximately $260,000 in SNT accounts at Chase Bank. As you know, there are a number of pending lawsuits with respect to the SNT. For the same reasons you cite in your letter and for many others, we will hold Chase Bank responsible for any actions it takes or implements regarding the SNT's accounts, including an order from the Denver Probate Court authorizing or directing a transfer, spending or any other account activity from the SNT account.

    The prudent course for Chase Bank to take is to act in the same manner that JPMorgan Securities has been instructed to act – do not permit litigation spending from the SNT until there is a final decision from the Colorado courts on whether Colorado has jurisdiction over the SNT.

    Thanks in advance for your understanding and cooperation.

Best regards,

Benjamin N. Feder, Ltd.

BNF/md
Encls.

cc: Brad S. Grayson, Esq. (via email: bgrayson@straussmalk.com)
      Bernard Black (via email: bblack@kellogg.northwestern.edu)