# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

J.P. Morgan Securities LLC, et al.

                         Plaintiff,

v.                                                        Case No.: 1:18−cv−03447

                                                           Honorable Andrea R. Wood

Bernard S. Black, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 24, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court, Plaintiffs' motion to post bond [7] is taken under advisement. Plaintiffs' motion for leave to file exhibits under seal [9] is granted. The Clerk is directed to maintain Plaintiffs' Exhibits C and D [7−3] and [7−4] under seal until further order of this Court. Plaintiffs shall separately file a redacted version of Exhibit C and D with 24 hours. Status hearing set for 7/18/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.