IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

JP Morgan Chase Bank, National Association and J.P. Morgan Securities LLC,

    Plaintiff(s),
vs.

Bernard S. Black, individually and as trustee, Samuel Black, individually and as trustee, Anthony Dain, individually and as trustee, Katherine Litvak, Olga Dal, and Jeannette Goodwin, as court appointed conservator and Joanne Black,

    Defendant(s).

Case No.: 18 CV 3447

**AFFIDAVIT OF SERVICE**

__Ricardo Delpratt__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order** to **Joanne Black**, located at **805 East New York Ave., #5-M, Brooklyn, NY 11203** resulting in the following:

☒ **PERSONAL SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order with **Joanne Black** personally. the __25__ day of __July__, 20__18__ at __9:05__ __P__M

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order at the above address which is **Joanne Black's** usual place of abode, with:
Name_____, Relationship_____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order on the _____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20__

☐ **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach a separate sheet if needed):

__/__/____ @ _____
__/__/____ @ _____
__/__/____ @ _____

A description of person with whom the documents were left is as follows:
Sex: __F__ Race: __White__ Approx. Age: __62__ Height: __5'5"__ Weight: __150__ Hair: __Brown__
Noticeable Features/Notes __Glasses__

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this __31__ day of __July__, 20__18__.

X __R Delpratt__
__Ricardo Delpratt__ (Print Name)

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022