UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

J.P. Morgan Securities LLC, et al.

                                         Plaintiff,

v.                                                          Case No.: 1:18−cv−03447
                                                                                 Honorable Andrea R. Wood

Bernard S. Black, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 15, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: The Court previously ordered Plaintiffs to post a bond of $4.2 million, which would be satisfied by a bond issued by Plaintiff's surety, Travelers Casualty and Surety Company of America (Dkt. No. [26]). Plaintiffs have now filed an unopposed motion to waive renewal of the surety bond (Dkt. No. [66]). Plaintiffs' motion (Dkt. No. [66]) is granted. IT IS FURTHER ORDERED that Plaintiffs shall not allow any withdrawals of the interpleader assets from the accounts or execute any instructions with respect to the interpleader assets, without prior approval from the Court. Such approval shall be sought by written motion with due notice provided to all Defendants. Motion hearing set for 5/16/2019 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.