**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

J.P. Morgan Securities LLC, et al.
                                    Plaintiff,

v.                                                                                            Case No.: 1:18−cv−03447
                                                                                           Honorable Andrea R. Wood

Bernard S. Black, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. The parties shall meet and confer and file a joint status report by 6/26/2019. Upon review of the status report, the Court will determine whether the parties need to appear for the next status hearing. The Court's prior order dated 5/15/2019 [68] is amended to preclude any party from seeking to enforce any court order requiring, or otherwise seek to effectuate, any turnover or withdrawal of the interpleader assets from the accounts held by Plaintiff, without first filing a motion with this Court seeking approval for such withdrawal. Status hearing set 7/11/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.