# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, <br><br> Plaintiffs-in-Interpleader, <br><br> vs. <br><br> BERNARD S. BLACK, et. al, <br><br> Defendants-in-Interpleader. | Case No. 1:18-cv-03447 <br><br> Honorable Andrea R. Wood |

## PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE

Plaintiffs JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and J.P. MORGAN SECURITIES LLC, through their attorneys Ulmer & Berne LLP, pursuant to 28 U.S.C. § 1335 and § 2361, hereby move this Court for:

1. An order authorizing and directing the Plaintiffs to sell the non-cash assets in the Interpleader Fund (as defined in the accompanying memorandum) and deposit the Interpleader Fund with the Clerk of the Court;

2. A permanent injunction enjoining the Defendants from commencing or prosecuting any action in a State or United States court against the Plaintiffs or affecting the interpleader fund except in this interpleader action; and

3. An order discharging the Plaintiffs from liability relating to the Interpleader Fund. In support of their motion, the Plaintiffs simultaneously file and submit their memorandum.

DATED: August 26, 2019

        Respectfully submitted,

        **ULMER & BERNE LLP**

        By: /s/ Kenneth F. Berg
            Kenneth F. Berg
            Ill. Bar No. 3124027
            Ulmer & Berne LLP
            500 W. Madison Street
            Suite 3600
            Chicago, IL 60661
            312-658-6506
            kberg@ulmer.com

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the 26th day of August, 2019, a true and correct copy of **PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE**, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which will send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

/s/ Kenneth F. Berg

Kenneth F. Berg
ULMER & BERNE LLP
500 W. Madison St., Ste. 3600
Chicago, IL 60661
Tel. 312-658-6506
kberg@ulmer.com

*Attorneys for the Plaintiffs*

CHI2009:1982338v1
21328.01005