# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, ) ) ) Plaintiffs-in-Interpleader, ) ) ) vs. ) ) BERNARD S. BLACK, et al., ) ) Defendants-in-Interpleader. ) | Case No. 18-cv-03447<br><br>Hon. Andrea R. Wood |

## NOTICE OF MOTION

TO: (All Counsel of Record)

**PLEASE TAKE NOTICE** that on Wednesday, August 28, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs-in-Interpleader, JPMorgan Chase Bank, National Association and J.P. Morgan Securities LLC, by and through their attorneys, will appear before the Honorable Andrea R. Wood, or any other presiding Judge sitting in her stead, in the courtroom usually occupied by her, Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE,** true and correct copies are hereby served upon you.

Dated: August 26, 2019

Respectfully submitted,

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and J.P. MORGAN SECURITIES LLC**

By: /s/ *Kenneth F. Berg*
Kenneth F. Berg
(Ill.Bar No. #3124027)
ULMER & BERNE, LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
312-658-6500 (phone)
kberg@ulmer.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 26th day of August, 2019, true and correct copies of **PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE** were electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which shall send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kenneth F. Berg*
Kenneth F. Berg
ULMER & BERNE LLP
(Ill. Bar No. 3124027)
500 W. Madison Street, Suite 3600
Chicago, IL 60661
Tel. 312-658-6506
kberg@ulmer.com

*Attorneys for the Plaintiffs*