# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, | )<br>)<br>) Case No. 1:18-cv-03447 |
| Plaintiffs-in-Interpleader, | )<br>) |
| v. | ) Honorable Andrea R. Wood |
| BERNARD S. BLACK, et.al, | )<br>)<br>) |
| Defendants-in-Interpleader. | ) |

## PLAINTIFFS' MOTION FOR AN ORDER DIRECTING THE CLERK OF COURT TO ENTER A DEFAULT AGAINST DEFENDANT JOANNE BLACK

Plaintiffs JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and J.P. MORGAN SECURITIES LLC, through their attorneys Ulmer & Berne LLP, pursuant to Fed. R. Civ. P. 55(a), hereby move this Court for an order directing the Clerk of Court to enter a default against Defendant Joanne Black for her failure to plead or otherwise defend this action.

In support of their motion, the Plaintiffs state as follows:

1. On May 15, 2018, the Plaintiffs filed a Complaint for Interpleader and Declaratory Relief (the "Complaint") as stakeholders of multiple accounts owned or controlled by various members of the Renata Black family who are litigating the right to own or control the accounts and the proceeds thereof. (Dkt. #1.)

2. On July 18, 2018, a Summons was issued to Joanne Black, a beneficiary of some of the assets in controversy and allegedly the beneficial owner of other assets in controversy.

3. On July 23, 2018, the Plaintiffs properly served Joanne Black with a copy of the Complaint and the Summons. (Affidavit of Service Dkt. #25 attached hereto as **Ex. A**.)

4. Pursuant to Fed. R. Civ. P. 12(a)(1), Joanne Black's answer or other responsive pleading to the Complaint was due within 21 days, excluding the day of service. Joanne Black's answer to the Complaint was due on or before August 13, 2018.

5. Fed. R. Civ. P. 55 governs the entry of default judgment and "make[s] a clear distinction between the entry of default and the entry of a default judgment." *Lowe v. McGraw-Hill Cos., Inc.,* 361 F.3d 335, 339-40 (7th Cir. 2004). First, the Clerk of the Court is directed to enter a default of "a party against whom a judgment for affirmative relief is sought" if that party "has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a). After the entry of default has been entered by the Clerk, the party seeking default may then file a motion with the Court to procure a default judgment. Fed. R. Civ. P. 55(b)(2); *UMG Recordings, Inc. v. Stewart,* 461 F. Supp. 2d 837, 840 (S.D. Ill. 2006).

6. Entry of a default against the Defendant is warranted pursuant to Rule 55(a) because Joanne Black has failed to appear, answer or otherwise show an intent to defend this action.

7. In further support of this motion, the Declaration of Kenneth F. Berg, one of the attorneys for the Plaintiffs is attached hereto as **Ex. B.**

WHEREFORE, the Plaintiffs respectfully request that the Court issue an order directing the Clerk of Court to enter a default against Defendant Joanne Black.

DATED: August 26, 2019

Respectfully submitted,

*/s/ Kenneth F. Berg*
Kenneth F. Berg
Ill. Bar No. 3124027
ULMER & BERNE LLP
500 W. Madison Street/Suite 3600
Chicago, IL 60661
Tel. 312-658-6506
kberg@ulmer.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 26th day of August, 2019, a true and correct copy of **PLAINTIFFS' MOTION FOR AN ORDER DIRECTING THE CLERK OF COURT TO ENTER A DEFAULT AGAINST DEFENDANT JOANNE BLACK**, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which will send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

/s/ Kenneth F. Berg

Kenneth F. Berg
ULMER & BERNE LLP
Ill. Bar No. 3124027
500 W. Madison St., Ste. 3600
Chicago, IL 60661
Tel. 312-658-6506
kberg@ulmer.com

*Attorneys for the Plaintiffs*

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

JP Morgan Chase Bank, National Association and J.P. Morgan Securities LLC,

    Plaintiff(s),

vs.

Bernard S. Black, individually and as trustee, Samuel Black, individually and as trustee, Anthony Dain, individually and as trustee, Katherine Litvak, Olga Dal, and Jeannette Goodwin, as court appointed conservator and Joanne Black,

    Defendant(s).

Case No.: 18 CV 3447

**AFFIDAVIT OF SERVICE**

___Ricardo Delpratt___, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order** to **Joanne Black**, located at **805 East New York Ave., #5-M, Brooklyn, NY 11203** resulting in the following:

[X] **PERSONAL SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order with **Joanne Black** personally. the 23 day of July, 2018 at 9:05 PM

[ ] **SUBSTITUTE SERVICE:** By leaving a copy of the Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order at the above address which is **Joanne Black**'s usual place of abode, with:
Name_____, Relationship_____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Summons in a Civil Case; Complaint for Interpleader and Declaratory Relief with Exhibits 1-13; Notice of Mandatory Initial Discovery with Standing Order on the ___ day of _____, 20___ at _____M
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ___ day of _____, 20___

[ ] **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach a separate sheet if needed):

__/__/____ @ _____
__/__/____ @ _____
__/__/____ @ _____

A description of person with whom the documents were left is as follows:
Sex: F  Race: White  Approx. Age: 62  Height: 5'5"  Weight: 150  Hair: Brown
Noticeable Features/Notes: Glasses

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 31 day of July, 20 18

X R. Delpratt
Ricardo Delpratt (Print Name)

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998571
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, ) ) ) | |
| Plaintiffs-in-Interpleader, ) ) | Case No. 1:18-cv-03447 |
| v. ) ) ) | Honorable Andrea R. Wood |
| BERNARD S. BLACK, et. al, ) ) | |
| Defendants-in-Interpleader. ) | |

## DECLARATION OF KENNETH F. BERG

I, Kenneth F. Berg, do declare as follows:

1. I am one of the attorneys in the above-captioned case for Plaintiffs JPMorgan Chase Bank, National Association and J.P. Morgan Securities LLC, and I am familiar with the file, records, and pleadings in this matter.

2. A Complaint for Interpleader and Declaratory Relief (the "Complaint") was filed in this action on May 15, 2018.

3. A Summons was issued to Defendant Joanne Black on July 18, 2018.

4. Defendant was served with a copy of the Summons and Complaint on July 23, 2018, as reflected on the process server's Affidavit of Service filed in this action on August 8, 2018. (Dkt #25)

5. Defendant's answer or other responsive pleading to the Complaint was due on or before August 13, 2018.

6. Defendant has failed to appear, plead or otherwise defend this action within the time allowed and to date, and is therefore now in default.

7. To the best of the undersigned's knowledge, the Defendant is not a minor, legally incompetent, or in the military. The undersigned is informed and believes that the Denver Probate Court appointed a conservator for Joanne Black as to her financial affairs only in *In re Joanne Black*, 2012 PR 1772 (Dist. Ct., Denver (Probate) County, Colorado). A New York state court dismissed a petition to appoint a guardian for Joanne Black, *In re Application of Bernard Black and Cherie Wrigley, counter-petitioner, for Appointment of Guardian of the Person and Property*, Index No. 80253/2014 (Sup. Ct. Richmond Cty).

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 26th day of August, 2019.

/s/ Kenneth F. Berg
Kenneth F. Berg

CH12009:1982339v1
21328.01005