## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BERNARD S. BLACK, et al, ) <br> ) <br> Defendants. ) | Case No. 18-cv-03447 <br><br> Hon. Andrea R. Wood |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 8, 2019 at 9:00 a.m., before Honorable Andrea R. Wood, or any judge sitting in her stead in Room 1925 of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, IL 60604, and shall then and there present Defendants and Counter-Plaintiffs Bernard S. Black and Samuel Black's Emergency Motion for Injunctive Relief, a copy of which is hereby served upon you.

BERNARD S. BLACK, individually and as Trustee of the 2013 Trust, the SNT and the Issue Trust, and SAMUEL BLACK, as Trustee of the 2013 Trust, the SNT and the Issue Trust

By: /s/Brad S. Grayson
 One of Their Attorneys

Benjamin N. Feder (ARDC# 6277452)
Brad S. Grayson (ARDC# 6196336)
Samantha E. Weissbluth (ARDC# 6244095)
Strauss Malk & Feder LLP
135 Revere Drive
Northbrook, IL 60062
(847) 562-1400 (Tel.)
(847) 562-1422 (Fax)
bfeder@straussmalk.com
bgrayson@straussmalk.com

{5094/00005/00646481.DOCX/ }

## **CERTIFICATE OF SERVICE**

    I, Brad S. Grayson, an attorney, hereby certify that on October 4, 2019, I filed the foregoing document electronically, via Electronic Case Filing (ECF), which shall send notice to all counsel of record.

By: /s/Brad S. Grayson

Benjamin N. Feder (ARDC# 6277452)
Brad S. Grayson (ARDC# 6196336)
Samantha E. Weissbluth (ARDC# 6244095)
Strauss Malk & Feder LLP
135 Revere Drive
Northbrook, IL 60062
(847) 562-1400 (Tel.)
(847) 562-1422 (Fax)
bfeder@straussmalk.com
bgrayson@straussmalk.com