**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, ) ) ) | |
| Plaintiffs-in-Interpleader, ) | Case No. 1:18-cv-03447 |
| ) | |
| vs. ) ) | Honorable Andrea R. Wood |
| BERNARD S. BLACK, et. al, ) ) | |
| Defendants-in-Interpleader. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL
PARTIES TO FILE A POSITION PAPER AS TO PLAINTIFFS' MOTION
FOR AN ORDER REGARDING INTERPLEADER
<u>ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE</u>**

This is Plaintiff JPMORGAN CHASE BANK, NATIONAL ASSOCIATION's ("Chase Bank") and J.P. MORGAN SECURITIES LLC's ("JPMS LLC") unopposed motion for an extension of time for all parties to file a position paper ("Motion for Extension") as to Plaintiffs' previously filed motion for an order regarding interpleader assets, for a permanent injunction and discharge ("Motion re Interpleader Assets").

1. Plaintiffs filed their Motion re Interpleader Assets [Dkt #79] on August 26, 2019.

2. On August 28, 2019, the Court set a briefing schedule on the Motion re Interpleader Assets and set a hearing date of September 27, 2019. [Dkt #86]

3. At the hearing on September 27, 2019, one of the Defendants raised a question as to the Court's subject matter jurisdiction. The Court requested the parties submit position papers on or before October 15, 2019. The next hearing on the Motion re Interpleader Assets is scheduled for November 19, 2019. [Dkt #98]

4. The undersigned respectfully requests that the date for filing position papers be extended for all parties to October 23, 2019, because of his unavailability due to the Jewish Holiday of Sukkot, known in English as the Festival of Tabernacles.

5. The undersigned has notified all counsel of record and no one objects to the granting of this Motion for Extension as long as all parties receive an extension to October 23, 2019.

6. This Motion for Extension is not made for purposes of delay and will not impede the progress of these proceedings.

WHEREFORE, the Plaintiffs through their undersigned counsel respectfully request that the Court grant this Motion for an Extension and enlarge the time for filing position papers for all parties up to and including October 23, 2019.

DATED: October 11, 2019

Respectfully submitted,

**ULMER & BERNE LLP**

By: */s/ Kenneth F. Berg*
Kenneth F. Berg
(Ill. Bar #3124027)
Ulmer & Berne LLP
500 W. Madison St, Ste 3600
Chicago, IL 60661
(312) 658-6506
kberg@ulmer.com

*Attorneys for the Plaintiffs*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 11th day of October, 2019, a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR ALL PARTIES TO FILE A POSITION PAPER AS TO PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, FOR A PERMANENT INJUNCTION AND DISCHARGE**, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which will send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

A true and correct copy was sent by regular mail to Joanne Black at her last known address, 805 East New York Avenue, Brooklyn, NY 11203.

A true and correct copy was sent by regular mail and email to Lisa DiPonio, DiPonio & DiPonio LLC, 7931 S. Broadway #348, Littleton, CO 80122, Diponiolawfirm@comcast.net.

/s/ Kenneth F. Berg

Kenneth F. Berg
ULMER & BERNE LLP
500 W. Madison St., Suite 3600
Chicago, IL 60661
Tel. 312-658-6506
kberg@ulmer.com

*Attorney for the Plaintiffs*

CHI2009:1984170v1
21328.01005

3