# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, ) ) ) | Case No. 1:18-cv-03447 |
| Plaintiffs-in-Interpleader, ) ) | Honorable Andrea R. Wood |
| vs. ) ) | |
| BERNARD S. BLACK, et. al, ) ) | |
| Defendants-in-Interpleader. ) | |

## NOTICE OF MOTION

TO:  <u>Via CM/ECF System</u>  
All Counsel of Record

<u>Via regular mail</u>  
Joanne Black  
805 East New York Avenue  
Brooklyn, NY 11203

<u>Via regular and email</u>  
Lisa DiPonio  
DiPonio & Diponio LLC  
7931 S. Broadway #348  
Littleton, CO 80122  
Diponiolawfirm@comcast.net

**PLEASE TAKE NOTICE** that on **October 15, 2019, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, Plaintiffs-in-Interpleader, JPMorgan Chase Bank, National Association and J.P. Morgan Securities LLC, by and through their attorneys, will appear before the Honorable Andrea R. Wood, or any other presiding Judge sitting in her stead, in Courtroom 1925 of the Northern District of Illinois, Eastern Division, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE A POSITION PAPER AS TO PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, PERMANENT INJUNCTION AND DISCHARGE,** a true and correct copy of which is hereby served upon you.

DATED: October 11, 2019

Respectfully submitted,

**ULMER & BERNE LLP**

By:  */s/ Kenneth F. Berg*  
Kenneth F. Berg (Ill. Bar #3124027)  
Ulmer & Berne LLP  
500 W. Madison St, Ste 3600  
Chicago, IL 60661  
(312) 658-6506  
kberg@ulmer.com  
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the 11th day of October, 2019, a true and correct copy of the foregoing **NOTICE OF MOTION OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE A POSITION PAPER AS TO PLAINTIFFS' MOTION FOR AN ORDER REGARDING INTERPLEADER ASSETS, PERMANENT INJUNCTION AND DISCHARGE,** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System which will send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer.    Parties may access this filing through the Court's CM/ECF System.

A true and correct copy was sent by regular mail to Joanne Black at her last known address, 805 East New York Avenue, Brooklyn, NY 11203.

A true and correct copy was sent by regular and email to Lisa DiPonio, DiPonio & DiPonio LLC, 7931 S. Broadway #348, Littleton, CO 80122, Diponiolawfirm@comcast.net.

/s/ Kenneth F. Berg

Kenneth F. Berg
Ill. Bar No. 3124027
ULMER & BERNE LLP
500 W. Madison St., Suite 3600
Chicago, IL 60661
Tel. 312-658-6506
kberg@ulmer.com

*Attorney for the Plaintiffs*

CHI2009:1984173v1
21328.01005