FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BERNARD S. BLACK, individually and as trustee, SAMUEL BLACK, individually and as trustee, ANTHONY DAIN, individually and as trustee, KATHERINE LITVAK, OLGA DAL, and JEANNETTE GOODWIN, as court appointed Conservator, and JOANNE BLACK, <br><br> Defendants. | Case No. 18-cv-03447 |

## DEFENDANTS' JOINT STATUS REPORT

Pursuant to this Court's order of April 20, 2021, Defendants Anthony Dain, Jeanette Goodwin, Bernard Black, and Samuel Black submit this joint status report on the progress of the related Colorado litigation.

On March 15, 2021 the Colorado Supreme Court denied certiorari on the third appeal in those proceedings. On March 19, 2021, the Colorado Court of Appeals issued a mandate relating to its April 9, 2020 opinion, remanding the matter to the Denver Probate Court ("DPC") for further proceedings consistent with that opinion. On April 17, 2021, the DPC issued an order directing the parties to contact the Court to schedule a hearing on whether the disclaimers should be voided and any other matters implicated by the Court of Appeals' Opinion.

Bernard Black ("Bernard"), in his capacity as former conservator, responded and provided his view that any action with respect to the disclaimed required: (i) a prior motion under Colorado Rule of Civil Procedure 60(b) to reopen the DPC's two prior decisions concerning the disclaimed in 2013 and 2015; and (ii) pursuant to this Court's June 19, 2019 Order, a prior motion before this Court to permit an action in another court seeking to effectuate any withdrawal of the interpleader

assets. Bernard and Samuel Black ("Samuel"), as co-trustees of the two trusts at issue in this action, believe that any motion by counsel for Joanne Black ("Joanne") to reverse the disclaimer would implicate this Court's order requiring that anyone seeking to withdraw the interpleader assets first obtain approval from this Court to pursue such action.

Joanne, through her court-appointed counsel in Colorado, and her Guardian ad Litem, have filed a response to the April 17, 2021 order, stating that the issues to be addressed on remand include voiding the disclaimers, exercising the DPC's exercise of its in rem jurisdiction over the assets stolen by Bernard, suspension or removal of Samuel and Bernard as trustees for all the trusts, and personal liability against Samuel relating to alleged tortious activity. That response also reminded the DPC of the orders that this Court has issued in this case regarding the interpleaded funds.

Bernard replied to Joanne's counsel's response and expressed the view that no hearing could be scheduled or held without a prior motion.

On May 10, 2021, the DPC issued an order instructing Joanne to, within 30 days, "file such motions as needed to frame the issues she identifies, to include a motion pursuant to C.R.C.P 60(b) as to the disclaimers."

Dated: May 11, 2021

| | |
|---|---|
| ANTHONY DAIN and JEANETTE GOODWIN | BERNARD BLACK and SAMUEL BLACK |
| By: /s/ Peter M. Stasiewicz | By: /s Brad S. Grayson |
| Peter M. Stasiewicz<br>Arcturus Law Firm<br>211 W. Wacker Drive #323<br>Chicago, Illinois 60606<br>(312) 957-6194<br>pete@arcturuslaw.com | Benjamin N. Feder<br>Brad S. Grayson<br>Strauss Malk & Feder LLP<br>135 Revere Drive<br>Northbrook, IL 60062<br>(847) 562-1400 (Tel.)<br>(847) 562-1499 (Fax)<br>bfeder@straussmalk.com<br>bgrayson@straussmalk.com |

JOANNE BLACK

By: /s/ Terence D. Brennan

Terence D. Brennan
1437 North Park Avenue
Chicago, Illinois 60610
terry@terrybrennanlaw.com
(312) 550-1085

3

## CERTIFICATE OF SERVICE

      I, Peter Stasiewicz, an attorney, hereby certify that on May 11, 2021, I served the foregoing Defendants' Joint Status Report via electronic filing on the following parties:

| | |
|---|---|
| Michael N. Ungar<br>ULMER & BERNE LLP<br>1660 W. 2nd Street<br>Suite 1100<br>Cleveland, OH 44113<br>mungar@ulmer.com | Terence D. Brennan<br>1437 North Park Avenue<br>Chicago, Illinois 60610<br>terry@terrybrennanlaw.com<br>312-550-1085 |

Kenneth F. Berg
ULMER & BERNE LLP
500 W. Madison St.
Suite 3600
Chicago, IL 60661-4587
kberg@ulmer.com

Benjamin N. Feder
Brad S. Grayson
STRAUSS & MALK LLP
135 Revere Drive
Northbrook, IL 60062
bfeder@straussmalk.com
bgrayson@straussmalk.com

Eugene E. Murphy, Jr.
David F. Hyde
MURPHY LAW GROUP, LLC
161 N. Clark Street, Suite 2550
Chicago, IL 60601
dhyde@murphylitigation.com
gmurphy@murphylitigation.com

                                                 By: /s/ Peter Stasiewicz