# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and JP MORGAN SECURITIES LLC, </br></br>Plaintiff-in Interpleader,</br></br>v.</br></br>BERNARD S. BLACK, et al</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>) Case No. 1:18-cv-03447</br>)</br>)</br>) Honorable Andrea R. Wood</br>)</br>)</br>)</br>) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **August 18, 2021**, there was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, ***Defendant Joanne Black's Answer to Bernard S. Black and Samuel Black's Counterclaim***, copies of which are hereby served upon you through the CM/ECF System.

Dated: August 18, 2021

Respectfully submitted,

JOANNE BLACK

By: ___/s/ Terence D. Brennan_____
One of her Attorneys

Terence D. Brennan
1437 North Park Avenue
Chicago, Illinois 60610
terry@terrybrennanlaw.com
312-550-1085

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 18th day of August, 2021 a true and correct copy of ***Defendant Joanne Black's Motion for Approval of Necessary Proceedings Before the Denver Probate Court***, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which shall send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

/s/ Terence D. Brennan

Terence D. Brennan
1437 North Park Avenue
Chicago, Illinois 60610
terry@terrybrennanlaw.com
312-550-1085