FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD S. BLACK, individually and as trustee, SAMUEL BLACK, individually and as trustee, ANTHONY DAIN, individually and as trustee, KATHERINE LITVAK, OLGA DAL, and JEANNETTE GOODWIN, as court appointed Conservator, and JOANNE BLACK,<br><br>Defendants. | Case No. 18-cv-03447 |

## JOINT STATUS REPORT

The parties, through their respective counsel, having conferred and agreed, submit the following Joint Status Report.

### I. The Progress of Discovery

Some defendants have issued and answered written discovery. There is an unresolved dispute concerning the requests for production of documents that defendants Bernard Black ("Bernard") and Samuel Black ("Samuel") served upon Anthony Dain ("Dain") and Jeanette Goodwin ("Goodwin"). That dispute is the subject of a motion to compel upon which a ruling is pending. No depositions have been taken in the case.

### II. Unresolved Fully-Briefed Motions

The following motions have been fully briefed and await ruling by the Court:

- Plaintiff's Motion for an Order Regarding Interpleader Assets, for a Permanent Injunction and Discharge (filed September 11, 2019);

- Bernard and Samuel's Emergency Motion for Injunctive Relief (filed October 4, 2019);

- Bernard and Samuel's Motion for Entry of a Rule to Show Cause Against Joanne Black

(filed October 4, 2019);

- Bernard and Samuel's Motion to Compel against Dain and Goodwin (filed February 3, 2020);

- Bernard and Samuel's Second Renewed Motion for Entry of Preliminary Injunction (filed October 23, 2020); and

- Dain and Goodwin's Motion to Dismiss for Lack of Subject Matter Jurisdiction (filed November 30, 2020).

III. **Issues to be Discussed at the Upcoming Telephonic Status Hearing**

The parties await rulings on the above-referenced motions and are prepared to discuss an appropriate schedule for completing discovery following their receipt of this Court's rulings on those motions.