UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

J.P. Morgan Securities LLC, et al.
                                  Plaintiff,

v.                                                     Case No.: 1:18−cv−03447
                                                       Honorable Andrea R. Wood

Bernard S. Black, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 7, 2021:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/7/2021. The Court modifies the 9/29/2021 order to require JPMorgan to post a bond equivalent to the total value of the interplead assets as of 9/30/2021. By 10/21/2021, JPMorgan shall file a status report providing the value of the interplead assets as of 9/30/2021 and informing the Court as to whether it has been able to secure a surety. The time for Dain and Goodwin to confirm whether they have searched their own records for any responsive documents, whether they have completed that search, and whether they are withholding any documents not encompassed by the Procopio privilege log is extended to 10/15/2021. The parties are directed to meet and confer and, by 11/4/2021, file a joint status report setting forth the parties' views on what issues remain in dispute for purposes of this proceeding and the corresponding scope of discovery, as well identifying any other proceedings that should be expressly enjoined or exempted from injunction pursuant to this Court's interpleader authority. The Court sets the following briefing schedule on Defendant Joanne Black's motion for approval of necessary proceedings before the Denver Probate Court [191]. Any party wishing to respond to the motion shall file a response by 11/4/2021. Joanne Black may file a reply, if necessary, by 11/10/2021. Telephonic status hearing set for 11/15/2021 at 11:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.