**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18-cv-03447 |
| v. | ) ) ) | |
| BERNARD S. BLACK, individually and as trustee, SAMUEL BLACK, individually and as trustee, ANTHONY DAIN, individually and as trustee, KATHERINE LITVAK, OLGA DAL, and JEANNETTE GOODWIN, as court appointed Conservator, and JOANNE BLACK, | ) ) ) ) ) ) ) | Hon. Andrea R. Wood |
| Defendants. | ) ) | |

**DEFENDANTS ANTHONY DAIN AND JEANETTE GOODWIN'S
STATEMENT REGARDING DISCOVERY STATUS**

In this Court's Memorandum Order of September 29, 2021 (Dkt. # 197), and Minute Entries of September 29, 2021 (Dkt. # 196) and October 7, 2021 of (Dkt. # 198), the Court has asked Defendants Anthony Dain and Jeanette Goodwin to state (1) whether they have searched their own records for any responsive documents, (2) whether they have completed that search, and (3) whether they are withholding any documents not encompassed by the Procopio privilege log.

In accordance with this Court's order, Dain and Goodwin provide the following responses to the Court's questions as to documents that are arguably responsive to Bernard Black and Samuel Black's Requests for Production ("Requests"). It should be noted that Dain and Goodwin, in their written responses to those Requests, only agreed to produce responsive documents that were also relevant to the issues in this case. The issues before this Court are far narrower than all those that exist between these parties globally; over the last two years, a number of final judgments in other

courts have narrowed the issues in this Court even further. The parties will be addressing the scope of relevant discovery in their joint status report due in November.

**Anthony Dain**

Mr. Dain has searched his records for responsive documents and completed that search. Virtually all of Mr. Dain's correspondence relating to the Interpleader or other related litigation goes through his Procopio e-mail account. Thus, to the extent that new responsive privileged documents have been created since the last privilege log was generated, those documents would be withheld pursuant to an updated version of the Procopio log. Mr. Dain is not withholding any documents on the basis of privilege other than those encompassed by the Procopio log.

**Jeanette Goodwin**

Ms. Goodwin has searched her own records for responsive documents and has completed that search, although new responsive documents (such as attorney's bills) will continue to be created as time goes on. Ms. Goodwin has withheld responsive privileged documents that are not covered by the Procopio log; Ms. Goodwin has not yet produced an independent privilege log.

Dated: October 15, 2021

ANTHONY DAIN, individually and as trustee, and JEANETTE GOODWIN as court-appointed Conservator for Joanne Black.

By: /s/Peter Stasiewicz
    One of Their Attorneys

Peter Stasiewicz (ARDC # 6290832)
ARCTURUS LAW FIRM
211 West Wacker Drive Suite 323
Chicago, IL 60606
(312) 957-6194 (tel)
(312) 489-8307 (fax)
pete@arcturuslaw.com

## **CERTIFICATE OF SERVICE**

I, Peter Stasiewicz, an attorney, hereby certify that on October 15, 2021, I served the foregoing Statement Regarding Discovery Status on all parties of record electronically via Electronic Case Filing (ECF).

Michael N. Ungar
ULMER & BERNE LLP
1660 W. 2nd Street
Suite 1100
Cleveland, OH 44113
mungar@ulmer.com

Kenneth F. Berg
ULMER & BERNE LLP
500 W. Madison St.
Suite 3600
Chicago, IL 60661-4587
kberg@ulmer.com

Benjamin N. Feder
Brad S. Grayson
STRAUSS & MALK LLP
135 Revere Drive
Northbrook, IL 60062
bfeder@straussmalk.com
bgrayson@straussmalk.com

Eugene E. Murphy, Jr.
David F. Hyde
MURPHY LAW GROUP, LLC
161 N. Clark Street, Suite 2550
Chicago, IL 60601
dhyde@murphylitigation.com
gmurphy@murphylitigation.com

Terence D. Brennan
1437 North Park Avenue
Chicago, Illinois 60610
terry@terrybrennanlaw.com
312-550-1085

By: /s/ Peter Stasiewicz