**FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 18-cv-03447 |
| v. | )<br>) |
| BERNARD S. BLACK, individually and as trustee, SAMUEL BLACK, individually and as trustee, ANTHONY DAIN, individually and as trustee, KATHERINE LITVAK, OLGA DAL, and JEANNETTE GOODWIN, as court appointed Conservator, and JOANNE BLACK, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STATUS REPORT OF OLGA DAL AND KATHERINE LITVAK

Olga Dal ("Dal") and Katherine Litvak ("Litvak") hereby submit the following Status Report to the Court:

1. Dal and Litvak join and adopt the status report filed by Samuel and Bernard Black (Doc. 207) with respect to the issues that remain to be decided by this Court.

2. *Dal v. Black* – 17 L 9743 – Dal states that she has a final judgment against the three trusts that is and remains collectible notwithstanding any of contentions raised by Dain and Goodwin.

3. *Katherine Black v. Black* - 2021 L 817 – Litvak obtained a judgment against the Issue Trust, by default on May 27, 2021. Litvak contests that this judgment violated any of this court's orders, and disputes the factual contentions raised by Dain and Goodwin. Similar to Dal, the Court will need to determine the collectability of this judgment along with the other claims against the trusts and the funds that are contained in those trusts.

{00323587}                                   1

Respectfully Submitted,

OLGA DAL and KATHERINE LITVAK

By: /s/*Eugene E. Murphy, Jr.*

Eugene E. Murphy, Jr. (ARDC # 6198863)
gmurphy@murphylitigation.com
David F. Hyde (ARDC # 6289799)
dhyde@murphylitigation.com
Murphy Law Group LLC
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
P: (312) 202-3200
F: (312) 202-3201
Firm ID: 42101

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC ) ) ) | |
| Plaintiffs, ) ) | Case No. 18-cv-03447 |
| v. ) ) | |
| ) | Honorable Andrea R. Wood |
| BERNARD S. BLACK, individually and as trustee, ) SAMUEL BLACK, individually and as trustee, ) ANTHONY DAIN, individually and as trustee, ) KATHERINE LITVAK, OLGA DAL, and ) JEANNETTE GOODWIN, as court appointed ) Conservator, and JOANNE BLACK, ) ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **November 18, 2021** we caused to be electronically filed with United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Olga Dal and Katherine Litvak's Status Report,** a copy of which is hereby served upon you.

MURPHY LAW GROUP, LLC

By: /s/ *Eugene E. Murphy, Jr.*
Attorneys for Olga Dal and Katherine Litvak

Eugene E. Murphy, Jr. (ARDC # 6198863)
gmurphy@murphylitigation.com
David F. Hyde (ARDC # 6289799)
dhyde@murphylitigation.com
Murphy Law Group LLC
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
P: (312) 202-3200
F: (312) 202-3201
Firm ID: 42101

{00323777}

## CERTIFICATE OF SERVICE

I, Eugene E. Murphy, Jr. an attorney in the above-captioned matter, do hereby certify under penalties of perjury as provided by 735 ILCS 5/1-109, that I electronically served the attached document upon all attorneys of record as stated below on this 18th day of November, 2021.

By: /s/ *Eugene E. Murphy, Jr.*

## SERVICE LIST

Brad S. Grayson
Benjamin N. Feder
Strauss & Malk LLP
135 Revere Drive Northbrook, IL 60062
bgrayson@straussmalk.com
bfeder@straussmalk.com


Peter M. Stasiewicz
ARCTURUS LAW FIRM (Atty No. 58629)
211 West Wacker Drive #323
Chicago, IL 60606
(312) 957-6194 *tel*
(312) 489-8307 *fax*
pete.stasiewicz@arcturuslaw.com

Kenneth F. Berg
Ulmer & Berne LLP
500 W. Madison St., Suite 3600
Chicago, IL 60661
kberg@ulmer.com

Terence D. Brennan
1437 North Park Ave.
Chicago, IL 60610
terry@terrybrennanlaw.com

{00323777} 2