IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 18-cv-03447 |
| v. ) | |
| ) | Hon. Andrea R. Wood |
| BERNARD S. BLACK, et al, ) | |
| ) | |
| Defendants. ) | |

**BERNARD S. BLACK AND SAMUEL BLACK'S
STATUS REPORT ON WRITTEN DISCOVERY**

Defendants and Counter-Plaintiffs, Bernard S. Black ("Bernard") and Samuel Black ("Samuel"), individually and as trustees of certain trusts, by their undersigned attorneys, provide this status report to the Court on written discovery.

1. On November 15, 2021, this Court ordered that Bernard and Samuel, as well as Anthony Dain ("Dain") and Jeanette Goodwin ("Goodwin"), provide a status report to the Court concerning their dispute concerning the proper scope of relevance with respect to document production on or before January 10, 2022.

2. In December 2021, Bernard and Samuel filed a motion seeking leave to file an amended counterclaim. Dain and Goodwin did the same. Plaintiffs filed an objection to both motions. This Court has yet to rule on the motions for leave to file amended counterclaims.

3. Counsel for Bernard and Samuel has conferred with counsel for Dain and Goodwin about discovery. Counsel for the respective parties agree that they are unable to have a meaningful dialogue concerning the proper scope of relevance on discovery, which is the subject of the dispute between them, until their motions for leave to file amended counterclaims are addressed and ruled upon, and the parties are at issue.

1

4. Counsel for Bernard and Samuel respectfully suggest that the foregoing issues be addressed at the next telephonic status hearing in the case.

Respectfully submitted,

BERNARD S. BLACK, individually and as Trustee of the 2013 Trust, the SNT and the Issue Trust, and SAMUEL BLACK, as Trustee of the 2013 Trust, the SNT and the Issue Trust

By: /s/Brad S. Grayson
    One of Their Attorneys

Benjamin N. Feder (ARDC# 6277452)
Brad S. Grayson (ARDC# 6196336)
Strauss Malk & Feder LLP
135 Revere Drive
Northbrook, IL 60062
(847) 562-1400 (Tel.)
(847) 562-1422 (Fax)
bfeder@straussmalk.com
bgrayson@straussmalk.com

2