**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and J.P. MORGAN SECURITIES LLC, | ) ) | |
| | ) | Case No. 1:18-cv-03447 |
| Plaintiffs-in-Interpleader, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | |
| BERNARD S. BLACK, et. al., | ) | |
| | ) | |
| Defendants-in-Interpleader. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.17, attorney Christopher D. Seps of the law firm of Ulmer & Berne LLP respectfully gives notice of his substitution as counsel of record for Plaintiffs JPMorgan Chase Bank, National Association and J.P. Morgan Securities LLC (collectively referred to as "Plaintiffs"). The undersigned is resigning from Ulmer & Berne LLP effective July 1, 2022. Plaintiffs will continue to be represented by attorney Michael N. Ungar of Ulmer & Berne LLP. Attorney Ronald S. Betman of Ulmer & Berne LLP will substitute for the undersigned as additional counsel of record for Plaintiffs. Thus, the substitution of Mr. Betman for the undersigned will not delay the proceedings or prejudice any party in this litigation.

Mr. Betman's contact information is listed here:

> Ronald S. Betman
> Ulmer & Berne LLP
> 500 W. Madison St. Suite 3600
> Chicago, IL 60661
> (312) 658-6578
> rbetman@ulmer.com

Thus, the undersigned respectfully requests that this Court enter an Order permitting the substitution of attorney Ronald S. Betman of the law firm of Ulmer & Berne LLP for attorney Christopher D. Seps of the Law Firm of Ulmer & Berne LLP as additional counsel of record for

Plaintiffs. The undersigned further requests that this Court direct the Clerk to remove the undersigned from the CM/ECF list and all other notifications in this matter.

DATED: June 24, 2022

Respectfully submitted,

By: */s/ Christopher Seps*
Christopher D. Seps, Esq. (ARDC #6303956)
ULMER & BERNE, LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
312-658-6500
cseps@ulmer.com

Michael N. Ungar, Esq. (Ohio Bar #16989)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
216-583-7000
mungar@ulmer.com

*Attorneys for JPMorgan Chase Bank, N.A.*
*and J.P. Morgan Securities LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **June 24, 2022**, a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System which will send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer.  Parties may access this filing through the Court's CM/ECF System.


*/s/ Christopher Seps*

Christopher D. Seps, Esq. (ARDC #6303956)
ULMER & BERNE, LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
312-658-6500
cseps@ulmer.com

One of the a*ttorneys for JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*