# EXHIBIT A

| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: December 1, 2023<br>CASE NUMBER: 2023CA1197 |
| Denver Probate Court<br>2012PR1772 | |
| **In the Interest of**<br><br>Joanne Black, Protected Person,<br><br>**Appellants:**<br><br>Bernard Black, individually and as Suspended Trustee for the Supplemental Needs Trust for the Benefit of Joanne Black and Samuel Black,<br><br>v.<br><br>**Appellees:**<br><br>Jeanette Goodwin, Conservator and Gayle Y Young, Guardian Ad Litem. | Court of Appeals Case Number:<br>2023CA1197 |
| ORDER OF THE COURT | |

To:   The Parties and the Probate Court

Upon consideration of the motion to dismiss the appeals filed by Samuel Black and Bernard Black on October 13, 2023, and having reviewed the responses thereto, and the reply—which this Court accepts—the Court GRANTS the motion to dismiss and ORDERS that those appeals are hereby DISMISSED without prejudice, for lack of a final, appealable judgment. Accordingly, the motion to stay briefing for those appeal is DENIED as moot.

2

The appeal filed on July 14, 2023, proceeds. The opening brief remains due on December 1, 2023.

BY THE COURT  
Dailey, J.  
Welling, J.  
Brown, J.
