# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

J.P. Morgan Securities LLC, et al.

                    Plaintiff,

v.                                 Case No.: 1:18−cv−03447
                                      Honorable Andrea R. Wood

Bernard S. Black, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2024:

        MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' motion for leave to file public and sealed versions of revised Exhibit 1 to Plaintiffs' second interim petition for costs [286] is granted. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.